### ROSENBERG, et v MEHL, et

Ohio Appeals, 1st Dist, Hamilton Co
Decided Jan. 13, 1930

For full opinion see 174 NE 152; 37 Oh Ap 95 (Oh Bar 1-27-31).

### GUTRIDGE v STATE

Ohio Appeals, 2nd Dist, Franklin Co
Decided Feb. 26, 1930

For full opinion see 173 NE 447; 37 Oh Ap 1 (Oh Bar 1-20-31).